UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

MARTAL COSMETICS, LTD.,

Plaintiff,

- against-

HARRY AINI, JACOB (JACK) AINI, MICHAEL AINI, RACHEL (RAQUEL) AINI, et al.,

Defendants.

---------------------------------X

I.B.E. COSMETICS, INC., et al.,

CounterPlaintiffs

- against-

MARTAL COSMETICS, LTD.,

CounterDefendant.

---------------------------------X

ORDER

01-CV-7595 (JG)

JOHN GLEESON, United States District Judge:

On March 20, 2003, Magistrate Judge Chrein issued a Report and Recommendation ("Report") recommending that plaintiff's motion for summary judgment seeking dismissal of defendant IBE-Florida's breach of contract counterclaim be granted on the grounds that subject matter jurisdiction is lacking and IBE-Florida has failed to produce sufficient evidence to support its claim. On April 3, 2003, IBE-Florida filed objections to Judge Chrein's Report. On April 17, 2003, plaintiff filed a response to those objections. Having reviewed the objections and the response thereto, and agreeing with Judge Chrein's decision, I

adopt the report. Accordingly, plaintiff's motion for summary judgment is granted and IBE-Florida's breach of contract counterclaim is dismissed.

So Ordered.

JOHN GLEESON, U.S.D.J.

Dated: May 16, 2003
Brooklyn, New York

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not Fax such verification to Chambers.