UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTAL COSMETICS, LTD.

                Plaintiff,

    - against -

INTERNATIONAL BEAUTY
EXCHANGE INC., et al.

               Defendants.
-------------------------------------------------------------X

**ORDER**

CV 01-7595 (SJF) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      I have been reassigned to the Brooklyn courthouse.  The above captioned case continues to be assigned to me.   Absent an explicit order to the contrary, all further proceedings before me in this case will take place in the Brooklyn courthouse, and any previously scheduled conference will proceed at the date and time already set.  Until further notice, counsel appearing for a conference before me should report to Room 456 North in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201.  The temporary telephone number for chambers is 718-260-2450 and the temporary fax number is 718-260-2457; the permanent number will be posted on the court's web site, www.nyed.uscourts.gov, as soon as it becomes available.

      **SO ORDERED.**

Dated: Brooklyn, New York
       March 2, 2006

                                                         /s/ James Orenstein
                                                         JAMES ORENSTEIN
                                                         U.S. Magistrate Judge