**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**MARTAL COSMETICS, LTD.,**

**Plaintiff,** **01 Civ. 7595 (RRM)(JO)**

**vs.**

**INTERNATIONAL BEAUTY EXCHANGE INC., et al.,**

**Defendants.**
-----------------------------------------------------------x

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE UPON SETTLEMENT**

Plaintiff, Martal Cosmetics Ltd. and Defendants, Symcha Horowitz and International Beauty Exchange, Inc., a Florida corporation (hereinafter, collectively, the "Florida Defendants"), by and through their respective undersigned attorneys and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this stipulation for dismissal of this action with prejudice in accordance with the parties' Settlement Agreement and Release, and move this Court for entry of an order dismissing this action as to the Florida Defendants with prejudice, in the form and content of the proposed Final Order of Dismissal attached hereto.

Dated: May 13th, 2008.

Respectfully submitted,

THE BROWN LAW GROUP, P.C.

By: [signature]

Rodney A. Brown (RB 7558)
140 East 44th Street
New York, NY 10017
Tel. (212) 421-1845
Fax. (212) 421-8418
*Attorneys for Plaintiff*

Dated: May 6, 2008.

Respectfully submitted,

IOANNOU & IOANNOU, LLP

By: [signature]

Michael J. Ioannou (MI 2781)
11125 N.W. 124th Street
Medley, FL 33178
Tel. (305) 885-1397
Fax. (305) 885-1398
*Attorneys for Florida Defendants*