**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**MARTAL COSMETICS, LTD.,**

**Plaintiff,** **01 Civ. 7595 (RRM)(JO)**

**vs.**

**INTERNATIONAL BEAUTY EXCHANGE INC., et al.,**

**Defendants.**

---------------------------------------------------------x

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before this Court on a Stipulation for Dismissal With Prejudice Upon Settlement entered into by Plaintiff, Martal Cosmetics Ltd. and Defendants Symcha Horowitz and International Beauty Exchange, Inc., a Florida corporation (hereinafter, collectively, the "Florida Defendants") by and through their respective counsel, and this Court having considered the Stipulation and being advised of the parties' settlement and consent to a permanent injunction and otherwise being duly advised in the premises, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Stipulation for Dismissal With Prejudice Upon Settlement executed by counsel for the parties is adopted and approved by this Court, and all claims, defenses and counterclaims made and contained in this action between the respective parties are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred herein. This Court shall retain jurisdiction over the subject

matter of this action for determining the liability of the remaining Defendants in this action, and for purposes of enforcing the terms and conditions of the permanent injunction.

SO ORDERED, this ____ day of ____________, 2008 at ___AM/PM.

s/RRM

UNITED STATES DISTRICT JUDGE 5/19/08

Copies furnished:

Rodney A. Brown, Esquire
Michael J. Ioannou, Esquire