STIPULATION #1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARTAL COSMETICS, LTD. | ) | 01 Civ. 7595 (TLM) |
| Plaintiff, | ) | |
| v. | ) | |
| HARRY AINI; JACOB AINI; MICHAEL AINI; RACHEL AINI; et al. | ) | |
| Defendants. | ) | |

**STIPULATION**

The above-referenced parties hereto through their respective counsel, hereby stipulate that:

(1) During the relevant timeframe, Frank Kriger was the Controller for Carib Sales located at 13185 N.W. 47th Street, Opa-Locka, FL 33054;

(2) On January 20, 2000, Carib sold thirty (30) cases on 360 dozen Symba Cream to IBE-FL, who shipped them up to IBE-NY, for the total value of $3,240.00 as reflected on Defendants' Exhibit 63, Bate Stamp 0196 – 0197 (See Exhibit A attached hereto)

(3) Carib purchased the thirty (30) cases of Symba Cream it sold to IBE -FL RW MI on 1/20/2000 from Doura Manufacturing Agents or one of its companies as reflected on Defendants' Exhibit 64, Bate Stamp 0198-207 (See Exhibit B attached hereto).



COURT'S EXHIBIT NO. STIPULATION 1
IDENTIFICATION/EVIDENCE
DKT.# 01 CV 7595
DATE: 8.1.11
PENGAD 800-631-6989

(4) At the time that Carib purchased the 30 cases of Symba Cream from Doura, Kriger understood Doura or Doura's companies were the authorized distributor of Symba products from Martal.

Dated 7/29/2011

By: ______________________
Ryan Whalen, Esq.
Attorney for Plaintiff
MARTAL COSMETICS, LTD.

By: ______________________
Michael Ioannou, Esq.
Attorney for Defendants
HARRY AINI; JACOB AINI;
MICHAEL AINI; RACHEL AINI;

# Exhibit A

# CARIB SALES, INC.

13185 N.W. 47TH Avenue
Opa Locka, (Miami) Florida 33054
Phones: Dade (305) 688-5731
FAX (305) 681-5683
Web: caribsalesinc.com
Email: FDNENT@aol.com

# INVOICE

INVOICE No.: 144221
Invoice Date: 1/20/00
01 CHARGE SALE
Page 1

Sold To: INTERNATIONAL BEAUTY EXCHANGE, INC.
1592 N.W. 159 STREET
MIAMI FL 33169-5635

Ship To: INTERNATIONAL BEAUTY EXCHANGE, INC.
1592 N.W. 159 STREET
MIAMI FL 33169-5635

Customer No.: 1401-000
P.O. No.: NET PRICE
Shipped Via: DELIVER THURSDAY/FRIDAY
Special Info.: ON 30 CTNS/1 LINE

Payment Terms: Past due after 15 days
Payment due on or before 2/04/00
Salesrep No: 000001 HOUSE
Entry Date: 1/20/00
Our Order No: 60287

| Qty Ship | Item Number / Description | | Price Per | Amount |
|---|---|---|---|---|
| 360 DZ | 53300002 | SYMBA CREAM 2.0 oz | 9.000 DZ | 3240.00 |
| | | *** THANK YOU FOR YOUR ORDER *** | | |

CARIB SALES, INC

PLAINTIFF'S EXHIBIT FK 2

------- Taxes -------
Sales: $.00

INVOICE AMOUNT ==> $3,240.00

Ex A

D00196

3082

INTERNATIONAL BEAUTY EXCHANGE, INC.
1592 N.W. 159TH ST.
MIAMI, FL 33169

TRANSATLANTIC BANK
MIAMI, FLORIDA 33131
63-1782-670

PAY TO THE ORDER OF Carib Sales, Inc. $ **3,240.00

Three Thousand Two Hundred Forty and 00/100************************************************************ DOLLARS

Carib Sales, Inc.
13185 NW 47th Ave.
Miami, FL 33054

MEMO

Inv. # 144221

⑈003082⑈ ⑆067011829⑆ 0200552097⑈06

D00197

3-15-03 4:21PM;CARIB SALES INC.

;3056815583 # 2/ 28

PLAINTIFF'S EXHIBIT

# Exhibit B

**ADVANTAGE EXCHANGE, INC.**
1802 ALTON ROAD
MIAMI BEACH, FL 33139

**ORIGINAL INVOICE**
PHONE: (305) 373-1554
FAX: (305) 373-6388

INVOICE DATE: 9/8/99 INVOICE # 00900899

SOLD TO: CARIB SALES
ATTN: FRANK KRIGGER
MIAMI, FL

SHIP TO: SAME

| QTY. | CODE | PACK | PRODUCT DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1200 | 53300002 | | SYMBA CREAM 2 OZ. | | |
| 720 | 53300001 | | SYMBA SOAP 3 OZ. | | |
| 30 | 53300028 | | SYMBA HAND AND BODY LOTION 16.9 OZ. | | |
| 48 | 53300035 | | SYMBA HAND AND BODY LOTION 8.45 OZ. | | |
| | | | | TOTAL DUE: | |

** THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF MIT
*** THIS INVOICE IS PAYABLE IN U.S. DOLLARS

PLAINTIFF'S EXHIBIT FK 3

DEFENDANT'S EXHIBIT 64

Exh B.

D00198

3-14-03; 4:21PM;CARIB SALES INC. ;3055815683 # 5/ 28

...Enterprises, Inc.
...35 N.W. 47th Ave. 305-688-6054
Opa Locka, FL 33054

9/8/99

Advantage Exchange, Inc.

00/xx

First Union National Bank
Miami, Florida
R/T 067006432

NOT NEGOTIABLE

[redacted]

To replace ck # 1436

⑈001444⑈ ⑆067006432⑆ 2176500001428⑈

PLAINTIFF'S EXHIBIT FK-21

D00199

# PURCHASE ORDER

P.O. NUMBER: 107601
P.O. DATE: 6/02/99

| SOLD TO: FDN ENTERPRISES, INC. 13195 N.W. 47TH AVENUE OPA LOCKA FL, 33054 | SHIP TO: FDN ENTERPRISES, INC. 13185 N.W. 47TH AVENUE OPA LOCKA, FL 33054 |
|---|---|

VENDOR NAME: MART' INT'L    TERMS: NET 7 DAYS

| ITEM | ITEM DESCRIPTION | QTY ORDER | QTY RCVD | COST | NET COST |
|---|---|---|---|---|---|
| 0002 | SYMBA CREAM 2oz | 1200 DZ | [redacted] | | |
| 0003 | SYMBA SOAP 3oz | 720 DZ | [redacted] | | |
| 0028 | SYMBA HAND & BODY LOT. 16.9oz | 30 DZ | [redacted] | | |
| 0035 | SYMBA HAND & BODY LOT. 8.45oz | 48 DZ | [redacted] | | |

PLAINTIFF'S EXHIBIT [redacted]

AUTHORIZED BY: [signature]    TOTAL⇒ $.

3-14-03; 4:21PM;CARIB SALES INC. ;3056815683 # 10/ 28

RIB SALES, INC.
13185 N.W. 47th Avenue
Opa Locka, (Miami), Florida 33054
Phone: (305) 688-5731
FAX (305) 681-5683

# PURCHASE ORDER

PURCHASE ORDER

Order no.: 107601
Order date: 6/02/99

CARIB SALES,INC
Page 1

or: FDM ENTERPRISES, INC.
P.O. BOX 540485
OPA LOCKA FL 33054

Ship to: CARIB SALES, INC.
13185 N.W 47TH AVENUE
OPA LOCKA, FLORIDA 33054

or: 140
ns: NET 3 DAYS

F.O.B.: Origin

| [redacted] | Vendor item | Our item | Price & U/M | Amount |
|---|---|---|---|---|
| | 53300002<br>SYMBA CREAM 2.0 oz<br>12 DZ. = 1 CS. | 53300002 1200 dz | DZ | |
| | 53300003<br>~~SHIRLEY~~ SOAP 3.0 oz Simba<br>12 DZ. = 1 CS. | 53300003 720 Dz | DZ | |
| | 53300028<br>SYMBA HAND & BODY LOTION 16.9oz<br>2 DZ. = 1 CS. | 53300028 30 Dz | DZ | |
| | 53300035<br>SYMBA HAND & BODY LOTION 8.45oz<br>***** NEW ITEM ****** | 53300035 48 Dz | DZ | |

RECEIVED
JUL 27 1999
By [signature]

PLAINTIFF'S EXHIBIT

[redacted]r vendor:

Total:

OINTMENTS FOR DELIVERY
REQUIRED
. (305) 688-5731

Authorized by: [signature]

RECEIVING WAREHOUSE

D00201

3-14-03; 4:21PM;CARIB SALES INC. ;3056815683 # 11/ 26

# ..GHT BILL OF LADING

PICK UP

INVOICE

..ER CARIB SALES, INC.

..ATE 7/26/99

~~FROM~~ TO: **CARIB SALES, INC.**
13185 N.W. 47th Avenue
Opa-Locka, Florida 33054
Dade (305) 688-5731
Fax (305) 681-5683

FROM:
..ONSIGNED TO: TMM
3201 NE SOUTH RIVER DRIVE
MIAMI, FL
(305) 638-...

SHIP TO:

..OTIFY PARTY:

..DDRESS:

☐ COLLECT

☐ PREPAID

..EL. NO.

| ..O. OF PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS |
|---|---|---|---|
| 187 cs | Spanos 155 | | |

..EMARKS: (3-27-15)

..ignature: Print Name: Phone #:

FDN 10/6/01

PLAINTIFF'S EXHIBIT FK 7

D00202

PLAINTIFF'S EXHIBIT

CARIB SALES, INC. 13185 N.W. 47TH AVE. OPA-LOCKA, FL 33054

5

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 140<br>107601 | VENDOR<br>7/27/99 | FDN ENTERPRISES, INC. | | CHECK DATE | 7/27/99 |
| CHECK NUMBER | 13329 | TOTALS | | | |

CARIB SALES INC

CHECK DATE | CHECK NO.

CHECK AMOUNT

⑈013338⑈ ⑆067006432⑆6551008824 3⑈

D00203

# INVOICE

ON ENTERPRISES, INC.
O. BOX 640485
PA LOCKA, FL 33054

#140

| SOLD TO: CARIB SALES, INC. 13185 N.W. 47TH AVENUE OPA LOCKA, FL 33054 | SHIP TO: SAME |
|---|---|

INVOICE NO. 107601 INVOICE DATE: 7/27/99

TERMS: NET 3 DAYS

| ITEM NO. | ITEM DESCRIPITON | QUANTITY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 300002 | SYMBA CREAM 2oz | 1200 DZ | | |
| 300028 | SYMBA HAND & BODY LOT.16.9oz | 30 DZ | | |
| 300035 | SYMBA HAND & BODY LOT. 8.45oz | 48 DZ | | |
| 300003 | SYMBA SOAP 3.5oz | 720 DZ | | |
| | 1133000 13375.80 | | | |
| | | received 07/27/99 P343 | | |
| | | | PLAINTIFF'S EXHIBIT | |

received 07/27/99

INVOICE TOTAL ⇒ $

D00204

CARIB SALES, INC.
13185 N.W. 47th Avenue
Opa Locka (Miami), Florida 33054
Phone: (305) 688-5731
FAX (305) 681-5683

# PURCHASE ORDER

PURCHASE ORDER

Order no.: [illegible]7601-01
Order date: 6/[illegible]/99

*************************
* MODIFIED ORDER *
*
*************************

CARIB SALES, INC

Page 1

Vendor: FDN ENTERPRISES, INC.
P.O. BOX 540485
OPA LOCKA FL 33054

Ship to: CARIB SALES, INC.
13185 N.W. 47TH AVENUE
OPA LOCKA, FLORIDA 3305[illegible]

Vendor: 140

Terms: NET 3 DAYS

F.O.B.: Origin

| no | Qty & U/M | Vendor item | Our item | Price & U/M | Amount |
|---|---|---|---|---|---|
| 01 | 1200 DZ | 53300002 SYMBA CREAM 2.0 oz 12 DZ. = 1 CS. | 53300002 | DZ | |
| 02 | 30 DZ | 53300028 SYMBA HAND & BODY LOTION 16.9oz 2 DZ. = 1 CS. | 53300028 | DZ | |
| 03 | 48 DZ | 53300035 SYMBA HAND & BODY LOTION 8.45oz ***** NEW ITEM ****** | 53300035 | DZ | |
| 04 | 720 DZ | 53300003 SYMBA SOAP 3.5 oz 12 DZ. = 1 CS. | 53300003 | DZ | |

PLAINTIFF'S EXHIBIT FK[illegible]

Total:

Instructions for vendor:

APPOINTMENTS FOR DELIVERY
ARE REQUIRED
CALL (305) 688-5731

received 07/2[illegible]/99

Authorized by:

FILE COPY

D00205

# CARIB SALES, INC

13185 N.W. 47th Avenue
Opa Locka, (Miami), Florida 33054
Phone: (305) 688-5731
FAX (305) 681-5683

## PURCHASE ORDER

PURCHASE ORDER

Order no..: 107601
Order date: 6/02/99

CARIB SALES, INC
Page 1

:: FDN ENTERPRISES, INC.
P.O. BOX 540485
OPA LOCKA FL 33054

Ship to: CARIB SALES, INC.
13185 N.W. 47TH AVENUE
OPA LOCKA, FLORIDA 33054

:: 140
:: NET 3 DAYS

F.O.B.: Origin

| [redacted] | Vendor item | Our item | Price & U/M | Amount |
|---|---|---|---|---|
| [redacted] | 53300002<br>SYMBA CREAM 2.0 oz<br>12 DZ. = 1 CS. | 53300002 *1200 dz* | DZ | |
| | 53300003<br>~~SHIRLEY~~ SOAP 3.0 oz *Simba*<br>12 DZ. = 1 CS. | 53300003 *720 Dz* | DZ | |
| | 53300028<br>SYMBA HAND & BODY LOTION 16.9oz<br>2 DZ. = 1 CS. | 53300028 *30 Dz* | DZ | |
| | 53300035<br>SYMBA HAND & BODY LOTION 8.45oz<br>***** NEW ITEM ****** | 53300035 *48 Dz*<br>*80* | DZ | |

*07/27/99*
*P543*

RECEIVED
JUL 27 1999
By *[signature]*

PLAINTIFF'S EXHIBIT

Total:

r vendor:

APPOINTMENTS FOR DELIVERY REQUIRED
(305) 688-5731 *01/27/99*

Authorized by: *[signature]*

RECEIVING WAREHOUSE

D00206

3-14-03; 4:21PM;CARIB SALES INC. ;3056815683 # 24/ 26

05/18/1999 16:45 3055912249 PHOENIX PAGE 01

# PHOENIX INTERNATIONAL FORWARDERS, INC.

SINCE 1980

DATE: 5/18/99

TO: DOURA-MFG ATT: CRAIG

FROM: MIRIAM REF.:

NUMBER OF PAGES INCLUDING COVER 1

MESSAGE:

RE: IMPORT FROM LONDON -

THE MEDICATED SOAP AND SKIN LIGHTING CREAM ARE DUTY FREE.

CHARGES INVOLVED IN IMPORTING ARE:

HARBOUR MAINTANACE FEE OF MERCHANDISE VALUE
PROCESSING FEE
BROKERAGE $ PER SHIPMENT
FDA $ PER SHIPMENT
BOND $ PER $1000 MERCHANDISE VALUE. YEARLY BONDS ARE AVAILABLE FOR $500.00 A YEAR AND COVER ALL IMPORTS.
MESSENGER $. PER SHIPMENT
HANDLING $.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL ME.

RGDS

MIRIAM

PS - THE CONTAINER LOADED AT PROMO IS SAILING TONIGHT. I NEED THE PAPER WORK A.S.A.P., AT LEAST CONSIGNEE!!!!!

PLAINTIFF'S EXHIBIT

E-Mail Address: phoenix@netrox.net
2630 N.W. 75th Avenue, Miami, Florida 33122 • Tel: (305) 591-2492 • Fax: (305) 591-2249
Mailing Address: P.O. Box 524928, Miami, Florida 33152-4928

D00207