**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**MARTAL COSMETICS, LTD.,**

**Plaintiff,**

**vs.** **01 Civ. 7595 (TLM)**

**INTERNATIONAL BEAUTY EXCHANGE, INC., et al.,**

**Defendants.**

---------------------------------------------------------------x

## NOTICE OF APPEAL

**NOTICE IS GIVEN** that defendants, Jacob Aini a/k/a Jack Aini, Michael Aini, Harry Aini, I.B.E. Cosmetics, Inc., I.C.E. Marketing Corp. and Homeboy's International, Inc., pursuant to the Federal Rules of Appellate Procedure 3 and 4(a)(1)(A), hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on August 24, 2011 (D.E. 522) by the Honorable District Judge Tucker L. Melançon, a true copy of which is annexed hereto as Exhibit A. The Judgment was based upon the District Court's Ruling issued on August 23, 2011 containing its findings of facts and conclusions of law (D.E. 521) and incorporating certain decisions made by prior District Court Judges and Magistrates including the Report and Recommendation on summary judgment issued on September 22, 2006 (D.E. 338), adopted in pertinent part by Opinion and Order entered March 22, 2007 (D.E. 354), and the Report and Recommendation issued July 25, 2002 (D.E. 88), adopted by Order entered August 30, 2002 (D.E. 112).[1]

---

[1] The District Court entered judgment in favor of defendant, Raquel a/k/a Rachel Aini ("R.Aini") and against plaintiff, Martal Cosmetics Ltd. on all of plaintiff's claims against her. Thus, this Notice of Appeal does not apply to or include R.Aini.

Dated: Miami, Florida
September 23, 2011

Respectfully submitted,

By: /s/ Michael J. Ioannou

Michael J. Ioannou (MJI 2781)
IOANNOU & IOANNOU, LLP
11125 N.W. 124th Street
Medley, Florida 33178
Tel. (305) 885-1397

And

Charles Austin Whittier (CAW0384)
THE WHITTIER LAW FIRM
233 Broadway, 5th Floor
New York, NY 10279
Tel. (212) 269-2111

Attorneys for the Aini Defendants

cc: Rodney A. Brown, Esquire
Ryan J. Whalen, Esquire
Brown & Whalen, P.C.
260 Madison Avenue, 17th Fl
New York, NY 10016