UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARTAL COSMETICS, LTD., :

Plaintiff-Appellee, :

vs. :

:

INTERNATIONAL BEAUTY EXCHANGE INC., et al., :

Defendants-Counterclaimants-Appellants. :

---------------------------------------------------------------x

**SATISFACTION OF JUDGMENT**

**01-Civ.-7595**

**WHEREAS**, after a bench trial commencing in this action on July 25, 2011 and ending on August 2, 2011, a judgment in the above entitled action on August 24, 2011 in favor of Plaintiff, Martal Cosmetics, Ltd. and against Defendants Jacob Aini, Michael Aini, Harry Aini, I.C.E. Marketing, Inc. I.B.E. Cosmetics, Inc. and Homeboys International, Inc., in the amount of $750,000; and

**WHEREAS**, said judgment has been fully paid and the sum of $0 remains unpaid and it is certified that there are no outstanding executions with any Sheriff or Marshall; and

**NOW THEREFORE**, full satisfaction of said judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.

Dated: February 1, 2012
New York, New York

Respectfully submitted,

BROWN & WHALEN, P.C.

By: [signature]

Rodney A. Brown (RB 7558)
260 Madison Avenue
New York, NY 10016
Tel. (212) 421-1845
Attorneys for Plaintiff

**STATE OF NEW YORK** )
) **ss:**
**COUNTY OF NEW YORK** )

On this 1st day of February 2012, before me appeared Rodney A. Brown, Esq., to me known to be the individual described in and who executed the foregoing instrument and acknowledged that he executed the same.

Notary Public

RYAN J. WHALEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02WH6077567
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOV. 14, 2014