MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of February, two thousand and twelve,

---

**ORDER**
Docket Number: 11-3922

Martal Cosmetics, LTD.,

Plaintiff - Appellee

v.

Harry Aini, Jacob Aini, I.B.E Cosmetics, Inc, I.C.E. Marketing, Corp., AKA I.C.E. International Cosmetics Exchange Marketing, Homeboys International, Inc.,

Defendants-Counter-Claimants - Appellants,

Michael Aini,

Defendant - Appellant,

Rachel Aini, AKA Gina Aini, AKA Raquel Aini, K.A.K Group, Inc., AKA International Beauty Exchange Inc., International Beauty Exchange Inc., Homeboys Discount, Inc., Symcha Horowitz,

Defendants-Counter-Claimants,

John Does, 1 to 10, being persons of entities participating in the counterfeiting of the subject product, Symcha Horowitz,

Defendants.

---

MANDATE ISSUED ON 02/08/2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit