UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- X
Martal Cosmetics, Ltd.,

Plaintiff,

-against-

International Beauty Exchange Inc. et al.,

Defendants,
---------------------------------------------------- X

**JUDGMENT OF DISMISSAL**
Case No. 01-cv-7595 (TLM)

The parties having submitted a joint stipulation of dismissal [Rec. Doc. 597] pursuant to Federal Rule of Civil Procedure 41(a), it is

**ORDERED** that this action is hereby **DISMISSED** with prejudice without costs in all respects, specifically, but not limited to, the issue of attorney's fees currently pending before the Honorable United States Magistrate Judge James Orenstein.

**SO ORDERED.**

Tucker L. Melançon
United States District Judge

February 10, 2012
Brooklyn, NY